AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 14, 2021

SEAN F. McAVOY, CLERK

SHAWN C.,

_____
*Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of the Social
Security Administration

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   1:20-CV-03189-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Stipulated Motion for Remand (ECF No. 19) is GRANTED.
The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42
U.S.C. § 405(g).
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Rosanna Malouf Peterson _____ on a
Stipulated Motion for Remand (ECF No. 19).

Date:   9/14/2021 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lee Reams
_____
*(By) Deputy Clerk*

Lee Reams
_____